UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:10-mj-00161 MJS

U.S.A.
v.
Nicholas Rogers

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 465.00       (✓) **Penalty ASSESSMENT** of $ 10.00

(✓) **PROCESSING Fee** of $ 25.00       for a **TOTAL AMOUNT** of $ 500.00 ,

paid within _____ days / months  **OR** payments of $ 40.00 per month, commencing
October 15th  and due on the 15th of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be (unsupervised) / supervised for: 12 months

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU  [ ] CLERK, U.S.D.C.  [✓] CLERK, U.S.D.C.
PO Box 70939                       501 'I' St., #4-200      2500 Tulare St., Rm 1501
Charlotte, NC 28272-0939           Sacramento, CA 95814     Fresno, CA 93721
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: September 17, 2010       /s/ W.Kusamura
                                for: U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007